■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY NORWOOD, Appellant.—Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered on December 18, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Milonas, Rosenberger, Asch and Rubin, JJ.

■ VAHAK MOUSIGIAN et al., Appellants, v CITY OF NEW YORK, Respondent.—Order, Supreme Court, New York County (Eugene Nardelli, J.), entered on March 29, 1989, unanimously affirmed for the reasons stated by Eugene Nardelli, J., without costs and without disbursements. Concur—Murphy, P. J., Carro, Rosenberger, Kassal and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SMITH, Appellant.—Judgments, Supreme Court, New York County (Thomas Galligan, J.), both rendered on March 25, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Carro, Rosenberger, Kassal and Smith, JJ.